UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RONALD D. PEAK, | Case No. 3:22-CV-00566-ART-CLB |
|---|---|
| Plaintiff, | **ORDER TO FILE NON-INMATE IFP OR PAY FILING FEE AND CHANGE ADDRESS** |
| v. | |
| WILLIAM HUTCHISON, *et al.*, | |
| Defendants. | |

On April 24, 2023, the Court ordered Plaintiff to file a completed non-inmate in forma pauperis application ("IFP") or pay the filing fee by no later than May 25, 2023. (ECF No. 12.) Later that same day, prior documents that were mailed to Plaintiff were returned to the Court as "undeliverable." (ECF No. 13.) To date, Plaintiff has not filed a completed non-inmate IFP, nor has he paid the filing fee. Moreover, it appears Plaintiff longer resides at the address provided to the Court based on the returned mail. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

Therefore, the Court sua sponte grants Plaintiff one extension of time to either: (1) file a completed non-inmate IFP; or (2) pay the filing fee by no later than **Monday, July 10, 2023**. In addition, Plaintiff shall have until **Monday, July 10, 2023** to file a notice of change of address. If Plaintiff fails to comply with this order in any way, the Court will recommend that this action be dismissed.

**IT IS SO ORDERED.**

**DATED**: _June 8, 2023_.

_____
**UNITED STATES MAGISTRATE JUDGE**